The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOUROSH KARIMI TARI; MARYAM KARIMI TARI,

Plaintiffs,

v.

JOSEPH B. EDLOW, *et al*.,

Defendants.

Case No. 2:26-cv-01753-RAJ

STIPULATED MOTION TO DISMISS AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-485, Application to Adjust Status. USCIS has done so, and therefore this case is now moot.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 9th day of October, 2026.

Respectfully submitted,


*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*


I certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.


*s/ Kevin Hollinz*
KEVIN HOLLINZ, WSBA No. 52043
Email: khollinz@nwirp.org

*s/ Aaron Korthius*
AARON KORTHIUS, WSBA No. 53974
Email: aaron@nwirp.org

*s/ Matt Adams*
MATT ADAMS, WSBA No. 28287
Email: matt@nwirp.org

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Phone: (206) 957-8611

*Attorneys for Plaintiffs*

## ORDER

It is so **ORDERED**. This case is dismissed without prejudice.

DATED this 9th day of October, 2026.

The Honorable Richard A. Jones
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970